THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ALONZO EDWARD SCURLOCK,** | ) | Civil Action No. 7:12-cv-00322 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HARLEY LAPPIN,** *et. al.*, | ) | |
| | ) | By: Norman K. Moon |
| **Defendants.** | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment (docket no. 33) is **GRANTED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties and to strike this matter from the Court's active docket.

ENTER: this __23rd__ day of August, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE